**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jeremy J. JOHNSON, Defendant—
Appellant.**

**No. 04–30314.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 16, 2006.

Lori Harper Suek, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Jeffrey G. Michael, Esq., Billings, MT, for Defendant–Appellant.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**614**

## MEMORANDUM **

Jeremy J. Johnson appeals from his 37–month sentence imposed following his guilty plea conviction for conspiracy to manufacture methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Defendant is serving a 37–month sentence. The government has not appealed.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

